UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ <br> **JOANNE PEDERSEN, et al.,** <br><br>     **Plaintiffs,** <br><br> v. <br><br> **OFFICE OF** <br> **PERSONNEL MANAGEMENT, et al.,** <br><br>     **Defendants.** <br> _____ | ) <br> ) <br> ) <br> ) <br> )    No. <u>3:10-cv-01750-VLB</u> <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that the Notice to Court (Docket No. 39) was filed electronically on <u>February 25, 2011</u>, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                         <u>/s/ Judson O. Littleton</u>
                         JUDSON O. LITTLETON [phv04345]
                         U.S. Department of Justice
                         Civil Division, Federal Programs Branch
                         20 Massachusetts Ave. NW
                         Washington, DC  20530
                         Tel: (202) 305-8714
                         Fax: (202) 616-8470
                         Judson.O.Littleton@usdoj.gov