# Supplemental Return

Certified Mail Article Number – 7010 0290 0002 8512 4733

Joanne Pederson & Ann Meitzen et al  Office of Personnel Management et al Civil Action No 310CV 1750 (VLB)
Superior

Vs

Office of Personnel Management et al Civil Action No 310CV 1750 (VLB)     February 8, 2011
United States Of America


STATE OF CONNECTICUT  )
                       ) ss. Rocky Hill    February 23, 2011
COUNTY OF HARTFORD    )


On the 23th day of February 2011, I received the return receipt requested for certified mail 7010 0290 0002 8512 4733 as addressed above to US Department of Justice Civil Div., Federal Programs Branch c/o Judson O. Littleton, 20 Massachusetts Avenue, N.W. Washington, DC 20530, green card is attached.

ATTEST: _____
P. LaRosa
Marshal

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

US Department of Justice
Civil Div., Federal Programs Branch
c/o Judson O. Littleton
20 Massachusetts Avenue, N.W.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)    7010 0290 0002 8512 4733