UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

JOANNE PEDERSEN, et al.,                    )
                                            )
    Plaintiffs,                             )
                                            )
v.                                          )          No. <u>3:10-cv-01750-VLB</u>
                                            )
OFFICE OF                                   )
PERSONNEL MANAGEMENT, et al.,               )
                                            )
    Defendants.                             )
_____  )

STATUS REPORT

This case presents a challenge to the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7. On February 23, 2011, the President and the Attorney General of the United States announced their determination that Section 3 of DOMA, as applied to same-sex couples who are legally married under state law, violates the equal protection component of the Fifth Amendment. On February 25, 2011, defendants filed a copy of the Attorney General's letter to Congress setting forth the reasons for this determination and assuring Congress that the Department of Justice will endeavor to preserve "a full and fair opportunity" for Congress "to participate in the litigation" challenging the constitutionality of Section 3 of DOMA. AG Letter at 6 (Dkt. No. 39-2). On March 9, 2011, this Court granted defendants' motion to suspend the scheduling order in this case pending the filing of a status report

"informing the Court of the status and timing of Congress' potential participation in this case." Dkt. No. 43.

The Bipartisan Legal Advisory Group of the U.S. House of Representatives, which represents the institutional interests of the House in judicial proceedings, has informed the Executive Branch that it intends to participate in this case to defend the constitutionality of Section 3 of DOMA. Presently, the Bipartisan Legal Advisory Group is actively engaged in planning for its participation in this case, including seeking to retain private counsel. Defendants request that the Court afford the Bipartisan Legal Advisory Group a sufficient opportunity to complete this process. Counsel for defendants have been informed that the Bipartisan Legal Advisory Group will be prepared to file a motion in this Court indicating the manner in which it seeks to participate in this litigation on or before April 26, 2011. The undersigned has conferred with counsel for plaintiffs, and plaintiffs consent to this proposed date. After the Bipartisan Legal Advisory Group has made such filing, the parties — in consultation with the Bipartisan Legal Advisory Group — will propose a schedule for further proceedings.

Date:  March 25, 2011                    Respectfully submitted,

                                         TONY WEST
                                         Assistant Attorney General

                                         DAVID B. FEIN
                                         United States Attorney

- 3 -

**ARTHUR R. GOLDBERG**
**Assistant Branch Director**

**_/s/ Judson O. Littleton_**
**JUDSON O. LITTLETON [phv04345]**
**Trial Attorney**
**U.S. Department of Justice**
**Civil Division**
**Federal Programs Branch**
**20 Massachusetts Ave. NW**
**Washington, DC 20530**
**Tel:  (202) 305-8714**
**Fax: (202) 616-8470**
**Judson.O.Littleton@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2011, a copy of the foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Judson O. Littleton*
**JUDSON O. LITTLETON**