UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOANNE PEDERSEN, *et al*, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 3:10-cv-01750 (VLB) |
| OFFICE OF PERSONNEL MANAGEMENT, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Paul D. Clement, H. Christopher Bartolomucci, and Conor B. Dugan of Bancroft PLLC respectfully enter their appearances in this case as counsel for the Bipartisan Legal Advisory Group of the U.S. House of Representatives, which seeks to intervene here for the limited purpose of defending the constitutionality of Section III of Defense of Marriage Act against the argument that it violates the equal protection component of the Fifth Amendment's Due Process Clause and the Equal Protection Clause of the Fourteenth Amendment.

        Respectfully submitted,

        /s/ Paul D. Clement
        Paul D. Clement, Esq.
        H. Christopher Bartolomucci, Esq.
        Conor B. Dugan, Esq.

        BANCROFT PLLC
        1919 M Street, N.W.
        Suite 470
        Washington, D.C.  20006
        (202) 234-0090 (phone)
        (202) 234-2806 (fax)

        Counsel for the Bipartisan Legal Advisory Group of the U.S. House of Representatives

April 26, 2011

CERTIFICATE OF SERVICE

I certify that on April 26, 2011, I served one copy of the foregoing Notice of Appearance of Counsel, by CM/ECF, by electronic mail (.pdf format), and by first-class mail, postage prepaid, on the following:

Kenneth J. Bartschi, Esq.
Karen L. Dowd, Esq.
HORTON, SHIELDS & KNOX
90 Gillett Street
Hartford, CT 06105

Mary L. Bonauto, Esq.
Gary D. Buseck, Esq.
Janson Wu, Esq.
GAY & LESBIAN ADVOCATES & DEFENDERS
30 Winter Street, Suite 800
Boston, MA 02108-4720

Richard L. Jones, Esq.
David J. Nagle, Esq.
SULLIVAN & WORCESTER
One Post Office Square
Boston, MA 02109

Judson O. Littleton, Trial Attorney
U. S. DEPT. OF JUSTICE, CIVIL DIVISION
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530

David Christopher Nelson, Assistant U.S. Attorney
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF CONNECTICUT
450 Main Street, Room 328
Hartford, CT 06103

/s/ Conor B. Dugan
Conor B. Dugan