UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOANNE PEDERSEN, *et al.*,  )<br>)<br>    Plaintiffs,               )<br>)<br>v.                                   )<br>)<br>OFFICE OF             )<br>PERSONNEL MANAGEMENT, *et al.*,  )<br>)<br>    Defendants.           )<br>_____) | Case No. **3:10-cv-01750-VLB** |

## NOTICE OF INTENT TO RESPOND

The Bipartisan Legal Advisory Group ("BLAG") of the U.S. House of Representatives has filed a motion to intervene, pursuant to 28 U.S.C. § 530D(b)(2), in this case challenging Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7. Although Defendants do not oppose BLAG's intervention for the purpose of presenting arguments in support of the constitutionality of Section 3 of DOMA, Defendants intend to file a response to explain their position. Accordingly, Defendants respectfully request that this Court not rule on the motion until it has had an opportunity to review their response.

Date:  April 27, 2011                      Respectfully submitted,

                                                    TONY WEST
                                                    Assistant Attorney General

                                                   DAVID B. FEIN
                                                 United States Attorney

- 2 -

ARTHUR R. GOLDBERG
Assistant Branch Director

 /s/ *Judson O. Littleton*
**JUDSON O. LITTLETON [phv04345]**
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Tel:  (202) 305-8714
Fax: (202) 616-8470
Judson.O.Littleton@usdoj.gov

- 3 -

**Certificate of Service**

I hereby certify that on April 27, 2011, a copy of the foregoing Notice of Intent to Respond was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        */s/ Judson O. Littleton*
        **JUDSON O. LITTLETON**
        **U.S. Department of Justice**
        **Civil Division, Federal Programs Branch**