# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF CONNECTICUT

_____
                                                        )
JOANNE PEDERSEN, et al.,                  )
                                                        )
                        Plaintiffs,             )
                                                        )
v.                                                      )          Case No. 3:10-cv-01750 (VLB)
                                                        )
OFFICE OF PERSONNEL                      )
MANAGEMENT, et al.,                         )
                                                        )
                        Defendants.           )
_____ )

## DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFFS' CITATION OF ADDITIONAL AUTHORITY

The House hereby responds to Plaintiffs' notice (Doc. 106) regarding *Golinski v. U.S. Office of Personnel Management*, No. 10-00257, 2012 WL 569685 (N.D. Cal. Feb. 22, 2012), *appeal docketed*, No. 12-15388 (9th Cir. Feb. 24, 2012).

The *Golinski* decision is badly flawed.  To give just a few examples:  The court did not seriously engage *Baker v. Nelson*, 409 U.S. 810 (1972).  It failed to follow, and brazenly declared "no longer binding," Ninth Circuit precedent holding that the rational basis test applies to sexual orientation classifications. *See High Tech Gays v. Defense Indus. Sec. Clearance Office*, 895 F.2d 563 (9th Cir. 1990).  And it completely ignored, and did not cite, *Adams v. Howerton*, 673 F.2d 1036 (9th Cir. 1982), another binding precedent that upheld a federal immigration statute defining the word "spouse" to mean a person of the opposite sex against an equal protection challenge brought by a married same-sex couple. Needless to say, an appeal has been filed in *Golinski*.

Respectfully submitted,

/s/ H. Christopher Bartolomucci
Paul D. Clement
H. Christopher Bartolomucci
Conor B. Dugan
Nicholas J. Nelson
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Telephone: (202) 234-0090
Facsimile: (202) 234-2806

Counsel for the Bipartisan Legal Advisory
Group of the U.S. House of Representatives

OF COUNSEL:

Kerry W. Kircher, General Counsel
William Pittard, Deputy General Counsel
Christine Davenport, Senior Assistant Counsel
Kirsten W. Konar, Assistant Counsel
Todd B. Tatelman, Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
Telephone:  (202) 225-9700
Facsimile: (202) 226-1360

March 14, 2012

## CERTIFICATE OF SERVICE

I certify that on March 14, 2012, I served one copy of the Defendant-

Intervenor's Response to Plaintiffs' Citation of Additional Authority by CM/ECF

and by electronic mail (.pdf format) on the following:

Gary D. Buseck
Janson Wu
Mary L. Bonauto
Gay & Lesbian Advocates & Defenders
30 Winter St., Suite 800
Boston, MA  02108-4720
gbuseck@glad.org
jwu@glad.org
mbonauto@glad.org

Karen L. Dowd
Kenneth James Bartschi
Horton, Shields & Knox
90 Gillett St.
Hartford, CT  06105
kdowd@hortonshieldsknox.com
kbartschi@hsklawfirm.com

David J. Nagle
Richard L. Jones
Sullivan & Worchester LLP
One Post Office Square
Boston, MA  02109
dnagle@sandw.com
rjones@sandw.com

Paul M. Smith
Luke C. Platzer
Daniel I. Weiner
Matthew J. Dunne
Jenner & Block
1099 New York Ave., N.W., Suite 900
Washington, DC  20001-4412
psmith@jenner.com
lplatzer@jenner.com
dweiner@jenner.com
mdunne@jenner.com

David Christopher Nelson
U.S. Attorney's Office – HTFD
450 Main St., Rm. 328
Hartford, CT  06103
david.c.nelson@usdoj.gov

Judson O. Littleton
UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
20 Massachusetts Ave., N.W., Seventh Floor
Washington, DC  20530
judson.o.littleton@usdoj.gov

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci